# United States Court of Appeals
## For the First Circuit

No. 20-1673

NERIS MONTILLA, on behalf of herself and all others so similarly situated; MICHAEL KYRIAKAKIS, on behalf of himself and all others so similarly situated,

Plaintiffs, Appellants,

ROSELIA MONTUFAR, on behalf of herself and all others so similarly situated; RUBEN VELASQUEZ, on behalf of himself and all others so similarly situated,

Plaintiffs,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY,

Defendants, Appellees,

MR. COOPER, f/k/a Nationstar Mortgage, LLC; SETERUS, INC.; C.I.T. BANK, N.A.,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court, issued on June 8, 2021, is amended as follows:

On page 14, line 10, replace "sue-and-be-sue" with "sue-and-be-sued".